UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:18-CR-360 |
| | § | |
| KERRI JEAN HEAVILIN | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant KERRI JEAN HEAVILIN's motion for continuance. (D.E. 16). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant moves for a continuance because defense counsel will be out of town for training and requires additional time to review discovery, investigate, consult with the defendant and otherwise prepare.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant and finds that this motion should be **GRANTED**.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. Magistrate Judge Jason Libby on **July 2, 2018 at 9:30 a.m.** and Jury Selection and

Trial are set before U.S. District Judge Nelva Gonzales Ramos on **July 9, 2018 at 9:00 a.m.**

ORDERED this 8th day of June, 2018.

_Jason Libby_
Jason B. Libby
United States Magistrate Judge